**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **COREY BYRNE,** *et al.* | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 25-0586** |
| | : | |
| **TEREX USA, LLC d/b/a MARCO,** *et al.* | : | |

**ORDER**

This 28th day of October, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Transfer Venue, ECF 61, is **DENIED**. The parties are directed to proceed with this matter in accordance with the Court's Scheduling Order, ECF 24.

       /s/ Gerald Austin McHugh
United States District Judge