# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY BYRNE,** *et al.* | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-0586 |
| | : | |
| **TEREX USA, LL d/b/a MARCO, ET AL.** | : | |

## ORDER

This 28th day of October, 2025, it is hereby **ORDERED** that Defendants Continental Equipment Company, Continental Manufacturing Company, Continental Real Estate, LLC, Rober A. Wulfers and Francine Wulfers' Motion to Dismiss, (ECF No. 42), is **GRANTED.** The claims against Defendants Robert A. Wulfers and Francine Wulfers are dismissed without prejudice.

                                                                                                          /s/ Gerald Austin McHugh
                                                                                                         United States District Judge