**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **COREY BYRNE,** *et al.* | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-0586 |
| | : | |
| **TEREX USA, LLC d/b/a MARCO,** *et al.* | : | |

**ORDER**

This 22nd day of December, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion for Reconsideration, ECF 76, is **DENIED**.

                                                                /s/ Gerald Austin McHugh
                                                           United States District Judge