**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **COREY BYRNE, *et al.*** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 25-0586** |
| | : | |
| **TEREX USA, LLC d/b/a MARCO, *et al.*** | : | |

**ORDER**

This 22nd day of October, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Terex's Motion for Summary Judgment, ECF 104, is **GRANTED,** and Continental's Cross Motions for Summary Judgment, ECF 105 and 106, are **DENIED.**

It is further **ORDERED** that cross claims between these parties are dismissed as moot.

/s/ Gerald Austin McHugh
United States District Judge